IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 05-01505 GAC

ANGEL LUIS QUILES CASTRODAD

Chapter 13

XXX-XX-9762

FILED & ENTERED ON 6/29/2006

Debtor(s)

## ORDER DISMISSING CASE

The motion to dismiss filed by FELIPE LIZARDI LOPEZ (docket #30) having been duly notified to all parties in interest, and no replies having been filed,

IT IS ORDERED, ADJUDGED and DECREED that the instant case shall be, and it hereby is, DISMISSED for the reasons stated in the motion to dismiss.

IT IS FURTHER ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding pending in the instant case.  The Clerk shall notify this order.  The ten-day period for filing a motion to alter or amend this order, pursuant to Fed. R. Bankr. P. 9023, or to file a notice of appeal, pursuant to Fed. R. Bankr. P. 8002(a), shall commence to run upon notice of entry of this order.

SO ORDERED.

San Juan, Puerto Rico, this 29 day of June, 2006.

GERARDO  CARLO ALTIERI
U.S. Bankruptcy Judge

cc:  All creditors

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0104-3          User: aguayob           Page 1 of 1            Date Rcvd: Jun 29, 2006
Case: 05-01505               Form ID: pdf003          Total Served: 12
```

```
The following entities were served by first class mail on Jul 01, 2006.
db          +ANGEL LUIS QUILES CASTRODAD,   BOX 20020,   SAN JUAN, PR 00928-0020
aty          JOSE L JIMENEZ QUINONES,   ALEJANRO OLIVERAS RIVERA, ESQ.,   CHAPTER 13 TRUSTEE,   PO BOX 9024062,
              SAN JUAN, PR  00902-4062
smg          DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR  00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR  00902-0192
smg         ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court:  INTERNAL REVENUE SERVICE,   PO BOX 21126,
              PHILADELPHIA, PA 19114-0326)
smg          PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
              SAN JUAN, PR  00918
ust         +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
cr          +FELIPE LIZARDI LOPEZ,   JUAN SOTO SOLA ESQ,   MIDTOWN BLDG SUITE 705,   420 PONCE DE LEON AVE,
              SAN JUAN, PR 00918-3416
2195501     +CITIBANK,   PO BOX 195079,   SAN JUAN, PR 00919-5079
2198720      DEPARTMENT OF TREASURY,   Bankruptcy Section (424-B),   PO Box 9024140,
              San Juna, Puerto Rico 00902-4140
2120794      FELIPE LIZARDI LOPEZ,   JUAN H SOTO SOLA ESQ,   420 PONCE DE LEON STE 705,
              SAN JUAN PR 00918-3407
2120795     +SEARS,   PO BOX 71204,   SAN JUAN PR 00936-8704

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*        +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2006**

**Signature:** *Joseph Speetjens*