IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANGEL LUIS QUILES CASTRODAD

CASE NUMBER 05-01505 GAC

CHAPTER 13

Debtor(s)

## TRUSTEE'S REPORT REGARDING UNCLAIMED FUNDS

**TO THE HONORABLE COURT:**

    **COMES NOW, ALEJANDRO OLIVERAS RIVERA,** Standing Chapter 13 Trustee, and very respectfully states and prays:

    1. The Trustee has in his possession funds destined for a creditor as detailed below:

| Creditor | Check Number | Amount |
|---|---|---|
| ANGEL LUIS QUILES CASTROD<br>PO BOX 20020<br>SAN JUAN, PR 00928-0020 | 1583094 | $ 5,400.00 |

    2. The Trustee hold the mentioned funds since creditor(s) failed to claim them. Once these funds are deposited with the Court, a final report and account will be filed.

    **WHEREFORE,** for the reasons stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number **1590698**.

    **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this AM 2 6 2007

    CERTIFICATE OF SEVICE: I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using an ECF/CM System which sends notification of such filing to counsel for debtor(s) if an ECF/CM user. I further certify that I have served this notice by depositing true and correct copy thereof in the United States Mail, postage prepaid, to the non an ECF/CM participants: debtor(s) and upon the above referred creditor(s) to their address(es) of record, if not an ECF/CM user.

/s/**Alejandro Oliveras Rivera**
Alejandro Oliveras Rivera
Chapter 13 Trustee
PO Box 9024062
San Juan, PR 00902-4062
TEL. 787-977-3500
FAX 787-977-3521

AOR_MOTION_TO_CONSIGNED_UNCLAIMED_FUNDS

⚠ WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES.

**CONFIRMED ACCOUNT**
*Alejandro Oliveras Rivera*, CHAPTER 13 TRUSTEE
P.O. BOX 9024062
SAN JUAN, PR 00902-4062



 Banco Santander Puerto Rico

**1590698**

DATE: Jan 19, 2007

1590698

P^AY -Exactly Five Thousand Five Hundred Forty Seven Dollars And 18 Cents-    $ ******5,547.18

TO THE ORDER OF
CLERK, U.S.BANKRUPTCY COURT
UNCLAIMED MONEY

VOID 90 DAYS AFTER DATE

⑆1590698⑆ ⑈021502341⑈  624⑉000 20⑉ 1⑆

---

*Alejandro Oliveras Rivera*, CHAPTER 13 TRUSTEE                              **1590698**
CLERK, U.S.BANKRUPTCY COURT          Date: 01/19/2007
UNCLAIMED MONEY                      Check No: 1590698

ALEJANDRO OLIVERAS RIVERA
CHAPTER 13 STANDING TRUSTEE

| Case No. | Debtor Name(s) | Account Number | SSN 1 | SSN 2 | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|---|---|
| 0106630 | VICTOR ZAYAS MALDONADO & CARMEN M SOTO DAVID | JT FINANCIAL CORPORATION | XXX-XX-2186 | XXX-XX-0023 | [00014/33/1] | 13.70 | 0.00 | 13.70 |
| 0109640 | JOSE L ECHEVARRIA ORTIZ | GE CARD SERVICES | XXX-XX-9096 | | [00017/33/1] | 21.88 | 0.00 | 21.88 |
| 0206982 | IVONNE L CARMONA DIAZ & AGUSTIN DE JESUS CARRION | NILDA E DIAZ OLAZAGASTI | XXX-XX-0361 | XXX-XX-1878 | [00021/33/1] | 111.60 | 0.00 | 111.60 |
| 0501505 | ANGEL LUIS QUILES CASTRODAD | | XXX-XX-9762 | | [00000/00/5] | 5,400.00 | 0.00 | 5,400.00 |
| | | | | | TOTALS | 5,547.18 | 0.00 | 5,547.18 |