IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

ANGEL LUIS QUILES CASTRODAD

XXX-XX-9762

Debtor(s)

CASE NO. 05-01505 GAC

Chapter 13

FILED & ENTERED ON 03/27/2007

## ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The Order or Judgment dismissing this case was entered on 06/29/2006. The Chapter 13 Trustee has filed a Final Report and Account of the administration of this case, which Report and Account has been duly notified to all creditors and parties in interest, giving them thirty days to object, as certified by the trustee. No objection has been filed. Accordingly, it is now

ORDERED that the trustee is hereby discharged, that his bond is cancelled, and the surety thereon released from further liability thereunder. The estate is hereby closed.

SO ORDERED.

San Juan, Puerto Rico, this 27 day of March, 2007.

GERARDO   CARLO ALTIERI
U.S. Bankruptcy Judge

CC:   ALEJANDRO (TR) OLIVERAS RIVERA

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0104-3           User: machargoa              Page 1 of 1              Date Rcvd: Mar 27, 2007
Case: 05-01505                 Form ID: pdf003              Total Served: 8


The following entities were served by first class mail on Mar 29, 2007.
 db         +ANGEL LUIS QUILES CASTRODAD,    BOX 20020,    SAN JUAN, PR 00928-0020
 aty         JOSE L JIMENEZ QUINONES,    ALEJANRO OLIVERAS RIVERA, ESQ.,    CHAPTER 13 TRUSTEE,    PO BOX 9024062,
               SAN JUAN, PR   00902-4062
 smg         DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
 smg         FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR 00902-0192
 smg       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:   INTERNAL REVENUE SERVICE,    PO BOX 21126,
               PHILADELPHIA, PA 19114-0326)
 smg         PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
               SAN JUAN, PR   00918
 ust        +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
 cr         +FELIPE LIZARDI LOPEZ,    JUAN SOTO SOLA ESQ,    MIDTOWN BLDG SUITE 705,    420 PONCE DE LEON AVE,
               SAN JUAN, PR 00918-3416

The following entities were served by electronic transmission.
 NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 smg*        +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 29, 2007**            Signature:    *Joseph Speetjens*